Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-05689-GHK (JTL) | Date | October 18, 2006 |
|---|---|---|---|

| Title | MICHAEL WILLIAMSON, et al., v. RECOVERY LIMITED PARTNERSHIP |
|---|---|

Present: The Honorable   Jennifer T. Lum, United States Magistrate Judge

| Debra Plato | | 06-18 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                            None Present

Proceedings:   HEARING ON EX PARTE APPLICATION TO QUASH PLAINTIFF'S WRIT OF MARITIME ATTACHMENT AND GARNISHMENT

The hearing on the Ex Parte Application to Quash Plaintiff's Writ of Maritime Attachment and Garnishment was conducted on October 16, 2006. The matter was called and counsel stated their appearances. Witnesses were sworn and testimony was heard. The matter was continued to October 17, 2006, at 2:00 p.m.

cc: Parties

                                                                                4  :  00

Initials of Deputy Clerk    dp