Priority
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 06-05689-GHK (JTL)** | Date **October 18, 2006** |
| Title **MICHAEL WILLIAMSON, et al., v. RECOVERY LIMITED PARTNERSHIP** | |

Present: The Honorable  **Jennifer T. Lum, United States Magistrate Judge**

| Debra Plato | | 06-19/06-20 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   **HEARING ON EX PARTE APPLICATION TO QUASH PLAINTIFF'S WRIT OF MARITIME ATTACHMENT AND GARNISHMENT**

The continued hearing on the Ex Parte Application to Quash Plaintiff's Writ of Maritime Attachment and Garnishment was conducted October 17, 2006. The matter was called and counsel stated their appearances. Witnesses were sworn and testimony was heard. The matter was continued to October 18, 2006, at 1:00 p.m.

cc: Parties

                                                        3  :  0

Initials of Deputy Clerk    dp